IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACOB BARRETT, | 06-CV-1045-JE |
| Plaintiff, | ORDER |
| v. | |
| MAX WILLIAMS, BRIAN BELLEQUE, and REBECCA PRINSLOW, | |
| Defendants. | |

**JACOB BARRETT**
#11123024
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882

       Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-6313

       Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#31) on March 30, 2007, in which he recommended the Court grant Defendants' Motion for Summary Judgment (#18), deny Plaintiff's Motion for Partial Summary Judgment (#25), and deny Plaintiff's Motion for Preliminary Injunction (#10). Plaintiff filed Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and

2 - ORDER

Recommendation (#31) and, accordingly, **GRANTS** Defendants' Motion for Summary Judgment (#18), **DENIES** Plaintiff's Motion for Partial Summary Judgment (#25), and **DENIES** Plaintiff's Motion for Preliminary Injunction (#10).

    IT IS SO ORDERED.

    DATED this 30th day of May, 2007.

                                       /s/ Anna J. Brown

                                       _____
                                       ANNA J. BROWN
                                       United States District Judge